IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TAHLAL WAL-IKRAM, formerly known as ROBERT POTTS, | § § § | No. 8, 2025 |
| Defendant Below, Appellant, | § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | Cr. ID No. 1709011232 (N) |
| STATE OF DELAWARE, | § § § | |
| Appellee. | § § | |

Submitted: January 24, 2025
Decided: February 6, 2025

## **ORDER**

On January 7, 2025, the appellant, filed this appeal from a Superior Court order, dated November 27, 2024 and docketed on December 2, 2024, denying his motion for relief of judgment. A timely notice of appeal should have been filed on or before January 2, 2025. On January 9, 2025, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed. Postal records show that the notice to show cause was delivered on January 13, 2025. A timely response to the notice to show cause was due by January 23, 2025. The appellant has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice